IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KHALID HAYAT CHAUDHRY,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1055

Opinion filed March 20, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Russell S. Wilson, Assistant Regional Conflict Counsel, Office of Jeffrey E. Lewis, Criminal Conflict & Civil Regional Counsel, Panama City, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of prohibition is denied on the merits.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.